IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMC OUTDOOR, LLC** *Plaintiff* | : : : | CIVIL ACTION NO. 17-5172 |
| v. | : : | |
| **JENNIFER STUART** *Defendant* | : : | |

## O R D E R

**AND NOW**, this 28th day of June 2018, upon consideration of Plaintiff's *Motion to Dismiss Counts I and IV of Defendant's Counterclaims*, [ECF 36], Defendant's response in opposition thereto, [ECF 39], Plaintiff's reply, [ECF 42], and the allegations contained in Defendant's Answer and Counterclaims, [ECF 33], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and Counts I and IV of Defendant's Counterclaims are hereby **DISMISSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*